E-FILED
Tuesday, 25 September, 2007  02:18:28 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| **MAURICE MYSHAWN TERRELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Case No. 07-CV-2123** |
| | ) | |
| **CITY OF KANKAKEE POLICE** | ) | |
| **DEPARTMENT, KANKAKEE COUNTY** | ) | |
| **SHERIFF POLICE DEPARTMENT,** | ) | |
| **CITY OF KANKAKEE, and HILTON** | ) | |
| **GARDEN INN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

A Report and Recommendation (#27) was filed by the Magistrate Judge in the above cause on September 6, 2007. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#27) is accepted by this court.

(2) The Motion to Dismiss (#11) filed by Defendant Hilton Garden Inn is DENIED.

(3) Defendant Hilton Garden Inn is allowed twenty-one (21) days to file its Answer to Plaintiff's Complaint.

(4) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 25th day of September, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE