UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MAURICE MYSHAWN TERRELL and FREDERICK GREEN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 07-CV-2123 |
| | ) |
| CITY OF KANKAKEE, HILTON GARDEN INN, OFFICER RAY PASAL, OFFICER LOMBARDI, and OFFICER PASSWATER, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

A Report and Recommendation [57] was filed by the Magistrate Judge in the above cause on November 28, 2007. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation [57] is accepted by this court.

(2) The Motion to Dismiss Counts II and IX of Plaintiffs' First Amended Complaint [48] filed by Defendants City of Kankakee, Officer Ray Pasal, Officer Lombardi and Officer Passwater is GRANTED. Counts II and IX of Plaintiffs' First Amended Complaint [39] are hereby dismissed.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 18th day of December, 2007

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE